United States District Court
Eastern District of Pennsylvania

| | | |
|---|---|---|
| Laborers International Union of North America Local No. 199 Welfare, Pension, Apprenticeship & Training, Annuity and Laborers-Employers Cooperative Education Trust Funds of Delaware, Inc., et al., | : : : : : : | Civil Action |
| Plaintiffs | : : | No. 17-1229 (JD) |
| v. | : : | |
| Philadelphia D&M, Inc. | : : : | |
| Defendant | : | |

Notice of Voluntary Dismissal

To the Clerk of the Court:

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs hereby voluntarily dismiss the above-captioned action, without prejudice.

                                       Respectfully submitted,

      June 27, 2017                  /s/   R. Matthew Pettigrew, Jr.
          Date                             R. Matthew Pettigrew, Jr.
                                          Markowitz & Richman
                                          123 South Broad Street, Suite 2020
                                          Philadelphia, PA 19109
                                          215-875-3132

                                          Attorneys for Plaintiffs